In the Matter of RUTH MARIE POLLACK, Appellant, v MATTHEW G. KIERNAN, Clerk of the Court, et al., Respondents.

Decided May 8, 2014

Appeal, insofar as taken from the April 2013 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal, insofar as taken from the remaining five orders, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

Chief Judge LIPPMAN and Judge ABDUS-SALAAM taking no part.

---

In the Matter of the Claim of MARK A. STERNE, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 7, 2014; decided May 8, 2014

Motion for reconsideration of this Court's February 13, 2014 dismissal order denied [*see* 22 NY3d 1103 (2014)].